Law Offices Of
# NEAL H. ROSENBERG

9 Murray Street
Suite 4 West
New York, New York 10007-2281

Telephone:(212) 732-9450
Telecopier: (212) 571-9893
neal.rosenberg@nyedlaw.com

August 12, 2015

The New York City Department of Education
Division of Human Resources
Office of Personnel Investigation
65 Court Street, Room 200
Brooklyn, NY 11201

Re:  Rosemarie Richardson

Dear Gentlemen:

This office has been retained by the above referenced regarding the letter she received (copy attached).

I would like to review her file and discuss this matter further in light of the fact that she can not now be employed as she would like.

Very truly yours,

Neal H. Rosenberg

cc: Rosemarie Richardson