

**Department of
Education**
Carmon Farina, Chancellor

October 20, 2015

Rosemarie Richardson
622 East 20th St., Apt 9B
New York, NY 10009

License/Title/Position: Special Education Supervisor/Teacher/Manual Therapy Center/ DOE Vendor
Applicant ID#: 0303676
PRP #: 128,638

Dear Ms. Richardson:

I have reviewed your September 21, 2015 request for reconsideration, received by this office September 30,
2015, regarding the denial of your applicant for security clearance due to adverse employment history with
the NYC DOE, and specifically a substantiated report from the Office of Special Investigations.  I have also
reviewed your entire file in considering your request.

After due consideration and review of your case, I am affirming the original findings of your denial.  You
may reapply for security clearance no earlier than twelve (12) months from the date of the original decision,
that being July 28, 2015, and upon receiving a valid job offer.

Sincerely,

Katherine G. Rodi
Director, Office of Employee Relations
Division of Human Resources (DHR)

Cc:
    Neal H. Rosenberg, attorney for Ms. Richardson
    file

Office of Personnel Investigation • 65 Court Street • Room 200 • Brooklyn, New York 11201
OPIINFO@schools.nyc.gov