UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROSEMARIE RICHARDSON

                Plaintiffs,                Index No. 1:16-cv-01364

        -against-                **AFFIDAVIT OF SERVICE**

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M. BERARDINO,
ANNA STEEL, THE NEW YORK CITY
DEPARTMENT OF EDUCTION, THE NEW YORK
CITY BOARD OF EDUCATION AND THE CITY OF
NEW YORK

                Defendants.
-------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK      )
                                     ) ss.
COUNTY OF NEW YORK   )

        The undersigned, being duly sworn, says:

        I am not a party to this action, am over 18 years of age and am employed at Itkowitz PLLC, 26 Broadway, 21st Floor, New York, New York 10004.

        On March 14, 2016 I served true copies of the annexed Summons and Complaint (hereinafter referred to collectively as "the papers") on Katherine G. Rodi, Candace McLaren, Miriam M. Berardino, and Anna Steel as described below.

        I put true copies of the papers into UPS envelopes and sealed them. The envelopes were addressed as described below. On March 14, 2016 I deposited the envelopes into the custody of UPS for overnight delivery, prior to the latest time designated by that service for overnight delivery. The receipts for such mailings are attached hereto.

        The addresses referred to above are as follows:

        KATHERINE G. RODI
        65 COURT STREET
        BROOKLYN NY 112014916

CANDACE R. MCLAREN
65 COURT STREET
NYC DEPARTMENT OF EDUCATION
BROOKLYN NY 112014916

MIRIAM M. BERARDINO
65 COURT STREET
NYC DEPARTMENT OF EDUCATION
BROOKLYN NY 112014916

ANNA STEEL
65 COURT STREET
NYC DEPARTMENT OF EDUCATION
BROOKLYN NY 112014916

_____
Sam Smouha

Sworn to before me this 14th Day of March 2016

_____
NOTARY PUBLIC
61172/104394

ALLEN KOHN
Notary Public, State of New York
No. 02KO6331110
Qualified In Kings County
Commission Expires September 28, 2019

2

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point[TM] | UPS Access Point[TM] | UPS Access Point[TM] |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK ,NY 10004 | NEW YORK ,NY 10006 | NEW YORK ,NY 10038 |

FOLD HERE



**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK ,NY 10004 | NEW YORK ,NY 10006 | NEW YORK ,NY 10038 |

FOLD HERE



**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point<sup>TM</sup> | UPS Access Point<sup>TM</sup> | UPS Access Point<sup>TM</sup> |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK ,NY 10004 | NEW YORK ,NY 10006 | NEW YORK ,NY 10038 |

FOLD HERE



**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point[TM] | UPS Access Point[TM] | UPS Access Point[TM] |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK ,NY 10004 | NEW YORK ,NY 10006 | NEW YORK ,NY 10038 |

FOLD HERE

