# ITKOWITZ PLLC

26 BROADWAY
21ST FLOOR
NEW YORK, NEW YORK 10004
www.itkowitz.com

Jay B. Itkowitz
Partner
jitkowitz@itkowitz.com

Main: (212) 822-1400
Direct: (646) 822-1801
Fax: (212) 822-1402

June 2, 2016

**VIA ECF**

J. Paul Oetken
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

> Granted.
> 6/2/16
>
> _____
> J. PAUL OETKEN
> United States District Judge

Re: Richardson v. Farina et al.
16-CV-01364
Our File No. 61172

Dear Judge Oetken:

    This office represents the plaintiff in the above matter. Defendants have filed a motion to dismiss and our papers are returnable today. This is to request a one week extension for this office to file its opposition to the motion to dismiss. This is the first request for an adjournment and the New York City Law Department per Kevin P. Connolly has authorized this office to advise that he consents to this application.

    Your attention to this matter is appreciated.

Very truly yours,

Jay B. Itkowitz

cc: Kevin P. Connolly, Assistant Corporation Counsel