Jay B. Itkowitz (JBI-5349)
ITKOWITZ PLLC
26 Broadway, 21st Floor
New York, New York 10004
(646) 822-1801
jitkowitz@itkowitz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ROSEMARIE RICHARDSON,

                Plaintiff,

     -against-

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M.
BERARDINO, ANNA STEEL, THE NEW YORK
CITY DEPARTMENT OF EDUCATION, THE NEW
YORK CITY BOARD OF EDUCATION AND THE
CITY OF NEW YORK,

                Defendants.

---------------------------------------------------------------X

Index No. 16-CV-01364 (JPO)

**DECLARATION OF JAY B. ITKOWITZ IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS**

     JAY B. ITKOWITZ, an attorney, admitted to the practice of law in this Court, hereby declares upon penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

     1.    I am a manager at Itkowitz PLLC, attorneys for Plaintiff ROSEMARIE RICHARDSON ("Richardson").

2. I am familiar with the facts and circumstances of this proceeding involving Richardson and CARMEN FARINA ("Farina"), KATHERINE G. RODI ("Rodi"), CANDACE R. MCLAREN ("McLaren"), MIRIAM M. BERARDINO ("Berardino"), ANNA STEEL ("Steel"), THE NEW YORK CITY DEPARTMENT OF EDUCATION ("DOE"), THE NEW YORK CITY BOARD OF EDUCATION ("BOE") AND THE CITY OF NEW YORK ("NYC") (collectively "Defendants").

3. I submit this declaration in opposition to Defendant's Motion to Dismiss.

4. In opposition to the instant motion to dismiss, Plaintiff relies on the complaint she filed in this proceeding [ECF Doc 1], together with the exhibits annexed thereto [ECF Docs 1-1 – 1.6], along with the accompany affidavit of Plaintiff sworn to June 9, 2016, and the declaration Allen Kohn dated June 9, 2016.

**WHEREFORE,** Plaintiff respectfully requests that the instant Motion to Dismiss be denied in all respects.


Dated: New York, New York
June 9, 2016

/s/
Jay B. Itkowitz (JBI 5349)