UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ROSEMARIE RICHARDSON

                    Plaintiffs,                  **Index No. 1:16-CV-01364 (JPO)**

       -against-                        **<u>AFFIDAVIT</u>**

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M. BERARDINO,
ANNA STEEL, THE NEW YORK CITY
DEPARTMENT OF EDUCTION, THE NEW YORK
CITY BOARD OF EDUCATION AND THE CITY OF
NEW YORK

                    Defendants.
--------------------------------------------------------------------X


STATE OF NEW YORK      )
                          )  ss.
COUNTY OF NEW YORK    )


       ROSEMARIE RICHARDSON, being duly sworn,  deposes and says:

       1.     I am the plaintiff in the above captioned action and am fully familiar with the facts and circumstances of the case.

       2.     On September 9, 2015, Malory Sullivan, First Deputy Director, Office of Personnel Investigation, Division of Human Resources for the DOE, provided my counsel, Neal Rosenberg, with a  copy of the August 12, 2012, "Investigative Report" in which it was recommended that I "be placed on the Ineligible List and not be considered for future employment with the DOE." [ECF Doc 1-3 at 8]. A copy of the Report was never sent to your deponent until it was transmitted to Mr. Rosenberg on September 9, 2015.

1

3.      Subsequently, Mr. Rosenberg requested that Ms. Sullivan reconsider the determination in issue via letter dated September 29, 2015 in which he attached a copy of a detailed response which I prepared. [ECF Doc 1-4].  The response I prepared was and is true and correct.

4.      Thereafter, I and Mr. Rosenberg received a response by mail from Ms. Rodi dated October 20, 2015, in which she "affirmed" the recommendation in the Investigative Report dated August 12, 2012.

_____
ROSEMARIE RICHARDSON

Sworn to before me
this 9th day of June 2016

_____
NOTARY PUBLIC
61172/104329

JAY B. ITKOWITZ
Notary Public State of New York
No. 24-5010324
Qualified in Kings County
Commission Expires March 29, 2020

2