Allen Kohn (AK-1622)
ITKOWITZ PLLC
26 Broadway, 21st Floor
New York, New York 10004
(646) 822-1204
akohn@itkowitz.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROSEMARIE RICHARDSON,

                    Plaintiff,

                                             Index No.  16-CV-01364 (JPO)

         -against-

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M.
BERARDINO, ANNA STEEL, THE NEW YORK
CITY DEPARTMENT OF EDUCATION, THE NEW
YORK CITY BOARD OF EDUCATION AND THE
CITY OF NEW YORK,

                    Defendants.

-------------------------------------------------------------X

**DECLARATION OF ALLEN KOHN IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS**

      ALLEN KOHN, an attorney, admitted to the practice of law in this Court, hereby

declares upon penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.      I am an employee at Itkowitz PLLC, attorneys for Plaintiff **ROSEMARIE**

**RICHARDSON** ("Richardson").

2.      I am familiar with the facts and circumstances of this proceeding involving Richardson and CARMEN FARINA ("Farina"), KATHERINE G. RODI ("Rodi"), CANDACE R. MCLAREN ("McLaren"), MIRIAM M. BERARDINO ("Berardino"), ANNA STEEL ("Steel"), THE NEW YORK CITY DEPARTMENT OF EDUCATION ("DOE"), THE NEW YORK CITY BOARD OF EDUCATION ("BOE") AND THE CITY OF NEW YORK ("NYC") (collectively "Defendants").

3.      I submit this declaration in opposition to Defendant's Motion to Dismiss.

4.      Upon information and belief, on or about March 2, 2016, "B. Mazyck," an individual of suitable age and discretion who is employed by the New York City Law Department, accepted a true and accurate copy of the Summons ("Summons") and Verified Complaint ("Complaint") in this action on behalf of Farina.  Attached as "Exhibit 1" is a copy of the Affidavit of Service.

5.      On March 14, 2016 Itkowitz PLLC attempted to mail Rodi, McLaren, Berardino and Steel  a copy of the Summons and Complaint at 65 Court Street, Brooklyn New York 11201 ("65 Court Street").  A copy of the envelopes' mailing labels are attached as Exhibit "2."

6.      UPS informed Itkowitz PLLC that its mailings could not be accepted at 65 Court Street due to a lack of suite number in the address.  Attached as Exhibit "3" are the return envelopes from UPS.

7.      On March 28, 2016, I had a phone conference with Kevin Connolly ("Connolly"), opposing counsel, and requested the suite numbers for Rodi, McLaren, Berardino and Steel.

8.      Connolly informed me that McLaren and Steel ceased their employment with the NYC, BOE and DOE and cannot be served at 65 Court Street.

9.      Connolly also refused to disclose McLaren and Steel's forwarding addresses.

10.     Connolly further informed me that Rodi's suite number is the "2nd floor" and Berardino's suite number is "3rd Floor."

11.     On April 12, 2016, in a properly addressed envelope, Itkowitz PLLC sent Miriam M. Berardino at 65 Court Street, 3rd Floor, Brooklyn New York 11201 a copy of the Summons and Complaint, a completed AO 398 (Rev. 01/09) Notice of Lawsuit and Request to Waive Service of a Summons, two completed copies of AO 399 (01/09) Waiver of the Service of Summons and a prepaid return envelope.  A copy of the envelope's mailing is attached as Exhibit "4."

12.     To date, Itkowitz PLLC has not received a response from Berardino.

13.     On April 12, 2016, in a properly addressed envelope ("April Envelope"), Itkowitz PLLC sent Katherine G. Rodi at 65 Court Street, 2nd Floor, Brooklyn New York 11201 a copy of the Summons and Complaint, a completed AO 398 (Rev. 01/09) Notice of Lawsuit and Reqeust to Waive Service of a Summons, two completed copies of AO 399 (01/09) Waiver of the Service of Summons along with a prepaid return envelope.

14.     Pursuant to FRCP Rule 26(a)(1)(A), on April 12, 2016, I sent an email to Connolly requesting the addresses of McLaren and Steel.  A copy of the email is attached as Exhibit "5."

15.     Connolly replied "I can accept service on behalf of Ms. McLaren and Ms. Steel." A copy of Connolly's email is attached as Exhibit "6."

16.     On April 20, 2016 the April Envelope was returned to Itkowitz PLLC marked "Suite Number Needed."  Attached as Exhibit "7" is a copy of the return receipt.

**WHEREFORE,** Plaintiff respectfully requests that the instant Motion to Dismiss be denied in all respects.

Dated: New York, New York
June 9, 2016

ITKOWITZ PLLC
Attorneys for Plaintiff

By: /s/ _____
Allen Kohn, Esq. (AK 1622)
26 Broadway, 21st Floor
New York, New York 10004
(646) 822-1204
akohn@itkowitz.com

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROSEMARIE RICHARDSON

                         Plaintiff,                    **Index No.   1:16-cv-01364**

        -against-                                      **AFFIDAVIT OF SERVICE**

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M.
BERARDINO, ANNA STEEL, THE NEW YORK CITY
DEPARTMENT OF EDUCATION, THE NEW YORK
CITY BOARD OF EDUCATION AND THE CITY OF
NEW YORK

                         Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK        )
                         )  ss.
COUNTY OF NEW YORK       )

        The undersigned, being duly sworn, says:

        I am not a party to this action, am over 18 years of age and am employed at
Itkowitz PLLC, 26 Broadway, 21st Floor, New York, New York 10004.

        On March 2, 2016, I served true copies of the annexed Summons and Verified
Complaint (hereinafter referred to collectively as "the papers") on Carmen Farina, the New York
City Department of Education, and the City of New York as described below.

        On March 2, 2016, I delivered the papers to B. Mazyck, a person of suitable age
and discretion and an employee of the New York City Law Department, who accepted service at
100 Church Street, New York, New York 10007, on behalf of Carmen Farina, the New York
City Department of Education, and the City of New York.

                                        _____
                                        Max Bronfman

Sworn to before me this 4th Day of March 2016

_____
NOTARY PUBLIC
61178

ALLEN KOHN
Notary Public, State of New York
No. 02KO6331110
Qualified in Kings County
Commission Expires September 28, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ROSEMARIE RICHARDSON

                           Plaintiffs,

                  -against-

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M. BERARDINO,
ANNA STEEL, THE NEW YORK CITY
DEPARTMENT OF EDUCTION, THE NEW YORK
CITY BOARD OF EDUCATION AND THE CITY OF
NEW YORK

                        Defendants.

------------------------------------------------------------------X

**Index No. 1:16-cv-01364**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                           ) ss.
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, says:

I am not a party to this action, am over 18 years of age and am employed at Itkowitz PLLC, 26 Broadway, 21st Floor, New York, New York  10004.

On March 7, 2016 I served true copies of the annexed Summons and Complaint (hereinafter referred to collectively as "the papers") on the New York City Board of Education as described below.

On March 7, 2016 I delivered the papers to B. Mazyck, a person of suitable age and discretion and an employee of the New York City Law Department, who accepted service at 100 Church Street, New York, New York 10007, on behalf of the New York City Board of Education.

                                                      Sam Smouha

Sworn to before me this 7th Day of March 2016

NOTARY PUBLIC
61172/104329

ALLEN KOHN
Notary Public, State of New York
No. 02KO6331110
Qualified In Kings County
Commission Expires September 28, 2019

I

# EXHIBIT 2

UPS Internet Shipping: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**

**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**

Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.

Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK , NY 10004 | NEW YORK , NY 10006 | NEW YORK , NY 10038 |

FOLD HERE



SHIP TO:

MICHELLE MARATTO
212 822.18808
ITKOWITZ PLLC
26 BROADWAY 21ST FLOOR
NEW YORK NY 10004

CANDACE R. MCLAREN
NYC DEPARTMENT OF EDUCATION
65 COURT STREET
BROOKLYN NY 11201-4916

0.0 LBS          LTR          1 OF 1

NY 111 9-50          1

UPS NEXT DAY AIR

TRACKING #: 1Z 712 123 01 9153 3477

BILLING: P/P

UPS 18.0.33          WKTIN050 72.0A.01/2016

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**

**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**

Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.

Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK, NY 10004 | NEW YORK, NY 10006 | NEW YORK, NY 10038 |

FOLD HERE



MICHELLE MARATTO
212 822 1808
ITKOWITZ PLLC
26 BROADWAY 21ST FLOOR
NEW YORK NY 10004

0.0 LBS          LTR          1 OF 1

**SHIP TO:**
ANNA STEEL
NYC DEPARTMENT OF EDUCATION
65 COURT STREET
**BROOKLYN NY 11201-4916**

**NY 111 9-50**

UPS NEXT DAY AIR

TRACKING #: 1Z 712 123 01 9184 0493          1

BILLING: P/P

UPS 18.0.33          WKDN50 72.0A 01/2016

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**
Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK, NY 10004 | NEW YORK, NY 10006 | NEW YORK, NY 10038 |

FOLD HERE

SHIP TO:
MICHELLE MARATTO
212 832 1808
ITKOWITZ PLLC
26 BROADWAY 21ST FLOOR
NEW YORK, NY 10004

MIRIAM M. BERARDINO
NYC DEPARTMENT OF EDUCATION
65 COURT STREET
BROOKLYN NY 11201-4916

0.0 LBS   LTR   1 OF 1

NY 111 9-50

UPS NEXT DAY AIR   1

TRACKING #: 1Z 712 123 01 9372 4687

BILLING: P/P

UPS 18.0.35          WRITNO59 72.0A 07/2016

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

| | | |
|---|---|---|
| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 64 BEAVER ST | 71 BROADWAY | 82 NASSAU ST |
| NEW YORK ,NY 10004 | NEW YORK ,NY 10006 | NEW YORK ,NY 10038 |

FOLD HERE

MICHELLE MARATTO
2128221808
ITKOWITZ PLLC
26 BROADWAY 21ST FLOOR
NEW YORK NY 10004

0.0 LBS LTR 1 OF 1

**SHIP TO:**
KATHERINE G. RODI
65 COURT STREET
**BROOKLYN NY 11201-4916**

**NY 111 9-50**

**UPS NEXT DAY AIR 1**

TRACKING #: 1Z 712 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 0862

BILLING: P/P

UIS 18.0.33. WNTNV50 72.0A 01/2016

# EXHIBIT 3

100% Recycled fiber
80% Post-Consumer

**Extremely Urgent**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelope
correspondence, urgent doc
weigh 8 oz. or less. UPS
those listed or weighing

**International Shipments**

· The UPS Express Envelop
value. Certain counter
ups.com/importexport

· To qualify for the Letter
UPS Express Envelop

**Note:** Express Envelopes a
containing sensitive perso
or cash equivalent.

**Window En**

Use this envelope with ship
or inkjet printer on plain pa

22/Mar/2016 11:34 1120-P019-8433

RETURN TO:
ITKOWITZ PLLC
2128221808
26 BROADWAY
FL 21
NEW YORK NY 10004 1700

OF 1

NY 102 9-09

1Z7121231291533474

BROOKLYN NY

22/Mar/2016 11:34 1120-P019-8433

**RETURN TO SHIPPER**
REASON FOR RETURN:
SUITE NUMBER NEEDED, NOT DELIVERED
ORIGINAL RECEIVER:
CANDACE R. MCLAREN

NY 102 9-09

1Z7121231291533474

**UPS 3 DAY SELECT**     3
TRACKING #:1Z 712 123 12 9153 3474

BIL.  LVW3NPL NYMA5289 US 1120 Mar 22 11:34:19 2016  HIP 16.3.9 LP2844

61172

UIS 18.0.33.   WNTNV50 72.0A 01/2016

Serving you for **more than 100 years**
United Parcel Service.





International Shipping Notice – Carriage hereunder may be subject to the rules
the Convention on the Contract for the International Carriage of Goods by Road

ents
top.

100% Recycled fiber
80% Post-Consumer

**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
UPS Worldwide Express®
UPS 2nd

or inkjet printed on plain paper.

RETURN   ITKOWITZ PLLC
TO:      2128221808
         26 BROADWAY
         FL 21
         NEW YORK NY 10004 1700

22/Mar/2016 11:34 1120-P019-8432



**NY 102 9-09**

1271212312916630869

**RETURN TO SHIPPER**   22/Mar/2016 11:34 1120-P019-8432
**REASON FOR RETURN:**
    SUITE NUMBER NEEDED, NOT DELIVERED
**ORIGINAL RECEIVER:**
    KATHERINE G. RODI



**NY 102 9-09**

1271212312916630869

**UPS 3 DAY SELECT**          3
TRACKING #:1Z 712 123 12 9163 0869

LVWINPW NYMAS209 US 1120 Mar 22 11:34:44 2016  HIP 16.3.5 LP2044

UPS 18.0.33.        WNTNV50 72.0A 01/2016   

(1-800-742-5877)

Serving you for more than 100 years
United Parcel Service.



tremely Urgent

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

**ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877)
hedule a pickup or find a drop off location near you.

Serving you for more than 100 years
United Parcel Service.






nts
top.

RETURN   ITKOWITZ PLLC
TO:      2128221608
         26 BROADWAY
         FL 21
NEW YORK NY 10004 1700

22/Mar/2016 11:35 1120-P019-8431

NY 102 9-09

12712123129184049D

22/Mar/2016 11:35 1120-P019-8431

**RETURN TO SHIPPER**
REASON FOR RETURN:
SUITE NUMBER NEEDED, NOT DELIVERED
ORIGINAL RECEIVER:
ANNA STEEL

NY 102 9-09

12712123129184049D

1Z 712 123 01 9184 0490

**UPS 3 DAY SELECT**          3
TRACKING #:1Z 712 123 12 9184 0490

LVH3NPW NYNA5289 US 1120 Mar 22 11:35:10 2016  HIP 16.3.5 LP2844

UPS 18.0.33.   WNTNVS0 72.0A 01/2016

atic Shipments

ality for the Letter (
pondence, urgent (
n 8 oz. or less UPS
listed or weighing I

national Shipments

JPS Express Envelope
. Certain countries co
om/importexport to

ality for the Letter rate
Express Envelopes we

Express Envelopes are
ing sensitive personal
equivalent.

**Window En**

e this envelope with s
nkjet printer on plain

ctremely Urgent

it ups.com® or call 1-8
schedule a pickup or fit

**estic Shipments**
qualify for the Letter rate, UPS
rrespondence, urgent documen
gh 8 oz. or less. UPS Express l
se listed or weighing more tha

**national Shipments**
e UPS Express Envelope may b
lue. Certain countries consider
s.com/importexport to verify i

qualify for the Letter rate, the
S Express Envelopes weighing

Express Envelopes are not re
ning sensitive personal infor
sh equivalent.

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air⁴

Serving you for more than 100 years
United Parcel Service.







**Window Envelope**

se this envelope with shipping documents printed from a laser
r inkjet printer on plain paper.

Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

RETURN ITKOWITZ PLLC
TO: 2120221000
26 BROADWAY
FL 21
NEW YORK NY 10004 1700

22/Mar/2016 11:35 1120-P019-8430



NY 102 9-09

12712123129372468

BROOKLYN NY 11

**RETURN TO SHIPPER** 22/Mar/2016 11:35 1120-P019-8430
**REASON FOR RETURN:**
SUITE NUMBER NEEDED, NOT DELIVERED
**ORIGINAL RECEIVER:**
MIRIAM M. BERARDINO

NY 102 9-09

12712123129372468

**UPS 3 DAY SELECT** 3
TRACKING #:1Z 712 123 12 9372 4684



LVWJNPU NYRA5289 US 1120 Mar 22 11:35:38 2016 HIP 16.3.9 LP2844
BILLING: P/P

61172



UIS 18.0.33. WNTNV50 72.0A 01/2016

# EXHIBIT 4

## UPS Internet Shipping: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.
   Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™            UPS Access Point™            UPS Access Point™
   THE UPS STORE                THE UPS STORE                THE UPS STORE
   64 BEAVER ST                 71 BROADWAY                  82 NASSAU ST
   NEW YORK ,NY 10004           NEW YORK ,NY 10006           NEW YORK ,NY 10038

FOLD HERE



# EXHIBIT 5

## Allen Kohn

| | |
|---|---|
| **From:** | Allen Kohn |
| **Sent:** | Tuesday, April 12, 2016 12:38 PM |
| **To:** | 'kconnoll@law.nyc.gov' |
| **Cc:** | Jay B Itkowitz |
| **Subject:** | 61172  Richardson v. Dept of Education et al.  1:16-cv-01364 |

Kevin,

As discussed last week. We are requesting that you provide us with the addresses of Candace R. McLaren and Anna Steel.

Please provide the requested information or contact me to discuss.

Best,
Allen

------------------------------------------------------------------------

Allen Kohn
Associate
Itkowitz PLLC
26 Broadway, 21st Floor
New York, New York 10004
P: (646) 822-1204
F: (212) 822-1401
akohn@itkowitz.com
http://www.itkowitz.com

Confidentiality Notice: This electronic mail transmission, including any attachments, may contain legally privileged and/or confidential information intended for a specific individual and purpose, and is protected by law. Do not read this if you are not the person (s) named. If you received this transmission in error, please notify the sender and delete the original transmission and its attachments without reading or saving in any manner; you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

# EXHIBIT 6

| | |
|---|---|
| **From:** | Connolly, Kevin (Law) <kconnoll@law.nyc.gov> |
| **Sent:** | Tuesday, April 12, 2016 7:14 PM |
| **To:** | Allen Kohn |
| **Cc:** | Jay B Itkowitz |
| **Subject:** | RE: 61172  Richardson v. Dept of Education et al.  1:16-cv-01364 |
| | |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Completed |

Allen,

I can accept service on behalf of Ms. McLaren and Ms. Steel.  I will submit a letter to the court requesting an extension of the time to respond to the complaint for each of the individual defendant to 5/23 (the same date that was provided to DOE and the City).  Do I have your consent for this request?

Kevin Connolly
Assistant Corporation Counsel
New York City Law Department | Labor & Employment Law Division
100 Church Street | New York, N.Y. 10007
Tel: (212) 356-1180
kconnoll@law.nyc.gov


**From:** Allen Kohn [mailto:akohn@itkowitz.com]
**Sent:** Tuesday, April 12, 2016 12:38 PM
**To:** Connolly, Kevin (Law)
**Cc:** Jay B Itkowitz
**Subject:** 61172 Richardson v. Dept of Education et al. 1:16-cv-01364

Kevin,

As discussed last week. We are requesting that you provide us with the addresses of Candace R. McLaren and Anna Steel.

Please provide the requested information or contact me to discuss.

Best,
Allen

------------------------------------------------------------------------

Allen Kohn
Associate
Itkowitz PLLC
26 Broadway, 21st Floor
New York, New York 10004
P: (646) 822-1204
F: (212) 822-1401

# EXHIBIT 7

RETURN TO: ITKOWITZ PLLC
2120221808
26 BROADWAY
FL 21
NEW YORK NY 10004 1700

14/Apr/2016 11:36 1120-P020-1607



NY 102 9-09

1Z7121231296029144

RETURN TO SHIPPER    14/Apr/2016 11:36 1120-P020-1607
REASON FOR RETURN:
  SUITE NUMBER NEEDED, NOT DELIVERED
ORIGINAL RECEIVER:
  KATHERINE G. RODI

NY 102 9-09

1Z7121231296029144

UPS 3 DAY SELECT                3
TRACKING #:1Z 712 123 12 9602 9144



LVWJNPW NYMAS289 US 1120 Apr 14 11:36:01 2016  HIP 16.3.5 LP2044

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

Domestic Shipments

· To qualify for the Letter rate, the Express Envelope...

This envelope is for use with the following services: **UPS Next Day Air**®
**UPS Worldwide Express**®
**UPS 2nd Day Air**®

is envelope for:



Insert shipping documents
under window from the top.

United Parcel Service.



