UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEMARIE RICHARDSON,

                                      Plaintiff,

                -against-

CARMEN FARINA, et al.

                                  Defendants

Civil Action No.:
1:16-cv-01364

**<u>DECLARATION OF
KEVIN P. CONNOLLY IN
SUPPORT OF MOTION TO
WITHDRAW AS COUNSEL</u>**

Kevin P. Connolly, being duly sown, deposes and states, pursuant to 28 U.S.C §1746:

1. I was an Assistant Corporation Counsel at the New York City Law Department, attorneys for Defendants in the above referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

2. I left the New York City Law Department effective July 18, 2016 to seek other employment at Jackson Lewis P.C.

3. The New York City Law Department will continue its representation of Defendants in this matter.

4. Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2016
       New York, New York

                                   Respectfully submitted,

                                   JACKSON LEWIS P.C.
                                   666 Third Avenue
                                   New York, New York 10017
                                   (212) 545-4000
                                   (212) 972-3213

                                   By: /s/ Kevin P. Connolly
                                           Kevin P. Connolly

   cc:    Counsel of Record (via ECF)