61172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ROSEMARIE RICHARDSON,

                Plaintiff,

    -against-

CARMEN FARINA, KATHERINE G. RODI,
CANDACE R. MCLAREN, MIRIAM M.
BERARDINO, ANNA STEEL, THE NEW YORK
CITY DEPARTMENT OF EDUCTION, THE NEW
YORK CITY BOARD OF EDUCATION AND THE
CITY OF NEW YORK,

                Defendants.

-------------------------------------------------------------X

No. 16-CV-01364

**NOTICE OF APPEAL**

      **TAKE NOTICE** that Plaintiff ROSEMARIE RICHARDSON ("Plaintiff") hereby appeals to the Court of Appeals, Second Circuit, from each and every part other than the dismissal of claims against the City of New York, to which Plaintiff consents, of an Opinion and Order of Hon. J. Paul Oetken, District Judge, United States District Court, Southern District of New York, dated February 23, 2017, filed February 23, 2017, [ECF Doc. 29], and a Judgment by the Clerk of the Court, United States District Court, Southern District of New York, filed and entered February 24, 2017 [ECF Doc. 30] dismissing Rosemarie Richardson's Complaint filed February 22, 2016 [ECF Doc. 1].

Dated: New York, New York
March 9, 2017

                               ITKOWITZ PLLC
                               *Attorneys for Plaintiff*

By: /s/ Jay B. Itkowitz
       Jay B. Itkowitz, Esq.
       26 Broadway, 21st Floor
       New York, New York 10004
       (646) 822-1801
       jitkowitz@itkowitz.com

TO: Kevin Patrick Connolly, Jr.
       New York City Law Department
       100 Church Street
       New York, NY 10007
       (914)-469-8890
       kconnoll@law.nyc.gov

       Hilary Stenhouse Robinson
       New York City Law Department
       100 Church Street
       New York, NY 10007
       (212)-356-2473
       hrobinso@law.nyc.gov